JOSEPH PAPE, Respondent, v. MERVIN KLINGER et al., Defendants, and PRE-FERRED MUTUAL FIRE INSURANCE COMPANY, Defendant-Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See 269 App. Div. 691.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LAURIA, Appellant.— Judgment unanimously reversed and the information dismissed on the authority of People v. Richardson (287 N. Y. 563) and People v. Carpenito (292 N. Y. 498). Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THOMAS MOFFA, INC., Respondent, v. THE RECTOR, CHURCHWARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK et al., Appellants.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that there are issues of fact to be tried. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOSEPH RUSSO et al., Respondents, v. FLORA DONNA ESTATES, INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TWENTY-FIVE BROADWAY CORPORATION, Respondent-Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SERGE RUBINSTEIN, Respondent, v. VALERIE RUBINSTEIN, as Executrix of ANDRE RUBINSTEIN, Deceased, Appellant.— Order entered March 29, 1944, granting plaintiff's motion for an order of preclusion unanimously modified by providing that it be conditioned on the failure of the defendant to furnish a bill of particulars within ten days after the completion of the examination of plaintiff before trial. Appeal from orders dated February 14, 1944, and March 2, 1944, and entered herein dismissed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SERGE RUBINSTEIN, Appellant, v. VALERIE RUBINSTEIN, as Executrix of ANDRE RUBINSTEIN, Deceased, Respondent.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LEW MORRIS, Appellant, v. GUSTAV A. MEZGER, Defendant. SAMUEL G. COLER, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

STANLEY SCHEFTEL, Respondent, v. LUCILLE SCHEFTEL, Appellant.— Order, so far as appealed from, unanimously modified by increasing the amount of alimony to the defendant for the support and maintenance of herself and the infant issue of the marriage to the sum of sixty-five dollars per week; and by increasing the counsel fee to the sum of $500, such allowance to cover all disbursements. As so modified the order is affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of ROSARIO DIELI, Respondent, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.